**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Douglas Luvell DOSS, a.k.a. Douglass Doss, Defendant–Appellant.**

**No. 05–16524**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 25, 2006.

Douglas Luvell Doss, Atlanta, GA, pro se.

Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Before EDMONDSON, Chief Judge, DUBINA and HULL, Circuit Judges.

BY THE COURT:

Glennon F. Threatt, appointed counsel for Douglas Luvell Doss in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Doss's conviction and sentence are **AFFIRMED.**